**STIP**
MICHAEL I. GOWDEY, ESQ.
Nevada Bar No. 6994
LAW OFFICES OF MICHAEL I. GOWDEY, LTD.
815 S. Casino Center Boulevard
Las Vegas, Nevada 89101
Telephone: (702) 471-0321
Facsimile: (702) 471-1275
Email: mgowdey@aol.com
Attorneys for Plaintiff
SANDRA TOCCI, Individually and
As Special Administrator of
The Estate of Frank E. Tocci

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

SANDRA TOCCI, as Special Administrator and Personal Representative of the Estate of Frank E. Tocci, Deceased; and SANDRA TOCCI, as Heir and Mother of FRANK E. TOCCI, Deceased.

        Plaintiff,

  vs.

CORECIVIC, INC., f/k/a/ CORRECTIONS CORPORATION OF AMERICA; CORECIVIC OF TENNESSEE, LLC; BRIAN KOEHN, Warden, Nevada Southern Detention Center; WYATT PETERSON; DOE INDIVIDUALS I-X; ROE ENTITIES I-X, inclusive,

        Defendants.

CASE NO.: 2:21-cv-01302-GMN-NJK

COME NOW, counsel for Plaintiff, MICHAEL I. GOWDEY, ESQ.,

and counsel for Defendants, ASHLEE B. HESMAN, ESQ, and GINA G. WINSPEAR, ESQ., and hereby submit this Stipulation for Extension of Time for Plaintiff to File Opposition to Defendants' Motion to Dismiss.

Defendants filed their motion on October 14, 2021. While Plaintiff's counsel received Defendant's Certificate of interested Parties, filed on the same date, via the PACER system, he did not receive the Motion to Dismiss. On October 26, 2021, Plaintiff's counsel called Defendant's counsel to inquire whether a responsive pleading had been filed, and was told the Motion to Dismiss had been filed. Plaintiff's counsel went back through his email, and found the document located in his SPAM folder. Plaintiff's counsel has long done federal work, and documents served via PACER are specifically designated as "not SPAM" within his email, so counsel is definitely confused as to how this occurred.

Plaintiff's Opposition is currently calendared for October 28, 2021. Counsel for all Plaintiffs and Defendants hereby stipulate to extend the time for Plaintiff's counsel to file the Opposition to November 11, 2021. Pursuant to stipulation, Defendants' time to file their Reply Brief, should they desire, will not begin to run until Plaintiff has filed her Opposition.

It is so Stipulated.

/s/ Michael I. Gowdey  
Michael I. Gowdey, Esq.  
Nevada Bar No. 6994  
LAW OFFICES OF M. GOWDEY, LTD.  

815 S. Casino Center Blvd.  
Las Vegas, NV 89101  
(702) 471-0321  
mgowdey@aol.com  

Dated: October 26, 2021

/s/ Ashlee B. Hesman  
Ashlee B. Hesman, Esq.  
Nevada Bar No. 012740  
STRUCK LOVE BOJANOWSKI & ACEDO, PLC  
3100 West. Ray Road, Ste. 300  
Chandler, AZ 85226  
(480) 420-1600  
ahesman@strucklove.com  

Dated: October 26, 2021

/s/ Gina G. Winspear, Esq.  
Gina G. Winspear, Esq.  
Nevada bar No. 005552  
DENNETT WINSPEAR, LLP  
3301 N. Buffalo Dr. Ste. 195  
Las Vegas, NV 89129  
(702) 839-1100  
GWinspear@dennettwinspear.com  

Dated: October 26, 2021

**ORDER**

GOOD CAUSE having been shown, it is hereby Ordered that time for filing of Plaintiff's Opposition to Defendants' Motion to Dismiss shall be extended to November 11, 2021.

**IT IS SO ORDERED.**

Dated this  28   day of October, 2021.

_____  
Gloria M. Navarro, District Judge  
UNITED STATES DISTRICT COURT