# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

SANDRA TOCCI,

      Plaintiff,

v.

CORECIVIC, INC., et al.,

      Defendants.

Case No.: 2:21-cv-01302-GMN-NJK

**ORDER**

[Docket No. 29]

Pending before the Court is Defendant Wyatt Peterson's motion to proceed *in forma pauperis*. Docket No. 29. Defendant submits that he has been in custody since 2016 and is indigent. *Id.* Defendant therefore asks this Court to allow him to proceed *in forma pauperis*.

Plaintiff filed the instant action on July 9, 2021, and paid the full filing fee. Docket No. 1. Defendant Peterson fails to demonstrate that it is proper for the Court to make an *in forma pauperis* determination for a non-filing party. Further, Defendant fails to file an application to proceed *in forma pauperis* on this Court's required form. *See* Docket. While *pro se* filings must be construed liberally, *see Blaisdell v. Frappiea*, 729 F.3d 1237, 1241 (9th Cir. 2013), the Court only considers well-developed arguments. *See Kor Media Grp., LLC v. Green*, 294 F.R.D. 579, 582 n.3 (D. Nev. 2013).

Accordingly, the Court **DENIES** Defendant Peterson's motion without prejudice. Docket No. 29. Any future motion must be supported by supporting points, authorities, and argument demonstrating that it is proper for the Court to enter an order allowing Defendant to proceed *in forma pauperis* under the circumstances of this case. Additionally, any future request must include a complete application to proceed *in forma pauperis* using this Court's standard form.

IT IS SO ORDERED.

Dated: December 6, 2021

_____
Nancy J. Koppe
United States Magistrate Judge

1