UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SANDRA TOCCI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CORECIVIC, INC., *et al.*,<br><br>　　　　　Defendants. | Case No. 2:21-cv-01302-GMN-NJK<br><br>**ORDER**<br><br>(Docket Nos. 35, 44, 45) |

　　　Defendant Wyatt Peterson, who is a *pro se* inmate in the custody of the Nevada Department of Corrections ("NDOC"), asks the Court to provide him service of all documents filed in this case. Docket No. 35.  Defendant also asks the Court to provide him with all filed documents, as he has not received the documents that were filed in the instant case before he entered his appearance on November 19, 2021.  Docket Nos. 44, 45 (duplicate filing).

　　　For good cause shown, the Court **GRANTS** in part Defendant's motion to provide all filed documents.  Docket No. 44.  The Court **INSTRUCTS** the Clerk's Office to send Defendant a copy of the docket as well as all documents filed in this case prior to November 19, 2021.  The Court **DENIES** Defendant's duplicate filing as moot.  Docket No. 45.  Additionally, the Court **DENIES** Defendant's request for service of all documents as unnecessary.  Docket No. 35.

　　　IT IS SO ORDERED.

　　　DATED: January 13, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE