# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SANDRA TOCCI, <br>     Plaintiff, <br> v. <br> CORECIVIC, INC., et al., <br>     Defendants. | Case No.: 2:21-cv-01302-GMN-NJK <br> **ORDER** <br> [Docket No. 34] |

Pending before the Court is Defendant Wyatt Peterson's motion for an extension of time. Docket No. 34. Defendant seeks a ruling from the Court providing extensions for all filing and serving deadlines in the instant case. *Id.* at 1.

"The district court is given broad discretion in supervising the pretrial phase of litigation. . . ." *Zivkovic v. S. California Edison Co.*, 302 F.3d 1080, 1087 (9th Cir. 2000) (citing *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 607 (9th Cir. 1992)). The Court can grant extensions for deadlines for good cause. Fed. R. Civ. P. 6(b)(1); Local Rule IA 6-1(a). Both the Federal Rules of Civil Procedure and this Court's Local Rules require a subject deadline to be identified in a request for an extension of time, as well as a specific showing regarding the need for extension. *See id.*

Defendant identifies no particular deadline from which he seeks relief. *See* Docket No. 34. While the Court has "an obligation to give liberal construction to the filings of *pro se* litigants," *Blaisdel v. Frappiea*, 729 F.3d 1237, 1241 (9th Cir. 2013), Defendant must follow the same rules of procedure that govern other litigants. *See Briones v. Riviera Hotel & Casino*, 116 F.3d 379, 381 (9th Cir. 1997) (citing *King v. Atiyeh*, 814 F.2d 565, 567 (9th Cir. 1987)). Accordingly, Defendant's motion, Docket No. 34, is hereby **DENIED** without prejudice.

IT IS SO ORDERED.

Dated: January 21, 2022

                                                    Nancy J. Koppe <br>
                                                  United States Magistrate Judge