# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

SANDRA TOCCI,

    Plaintiff,

v.

CORECIVIC, INC., et al.,

    Defendants.

Case No.: 2:21-cv-01302-GMN-NJK

**Order**

[Docket No. 49]

    On February 11, 2022, Plaintiff Sandra Tocci filed a notice of Rule 26(f) conference. Docket No. 49. Discovery-related documents must be <u>served</u> on the affected party, not <u>filed</u> on the docket unless ordered by the Court. Local Rule 26-7; Fed. R. Civ. P. 5(d)(1)(A). No such order has been entered in this case. Accordingly, the Court **STRIKES** the above-referenced document, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

    IT IS SO ORDERED.

    Dated: February 11, 2022.

                                          NANCY J. KOPPE
                                          UNITED STATES MAGISTRATE JUDGE