# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SANDRA TOCCI,<br>    Plaintiff,<br>v.<br>CORECIVIC, INC., et al.,<br>    Defendants. | Case No.: 2:21-cv-01302-GMN-NJK<br>**ORDER**<br>[Docket No. 48] |

Pending before the Court is Defendant Wyatt Peterson's motion to correct a typographical error in the Court's prior order on his motion for service of documents. Docket No. 48; *see also* Docket No. 46. The Court's prior order refers to Defendant as "a *pro se* inmate in the custody of the Nevada Department of Corrections ("NDOC")". Docket No. 46, p. 1, lines 1-2. Federal Rule of Civil Procedure 60(a) permits the Court to "correct a clerical mistake or a mistake arising out of oversight or omission whenever one is found in a judgment." Accordingly, Defendant's motion, Docket No. 48, is **GRANTED**. The first sentence of the Court's order at Docket No. 46 is corrected to read "Defendant Wyatt Peterson, who is a *pro se* pretrial detainee housed at Nye County Detention Center, asks the Court to provide him service of all documents filed in this case."

IT IS SO ORDERED.

Dated: February 28, 2022

                                                        Nancy J. Koppe
                                                      United States Magistrate Judge