# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

SANDRA TOCCI,

     Plaintiff,

v.

CORECIVIC, INC., et al.,

     Defendants.

Case No.: 2:21-cv-01302-GMN-NJK

**ORDER**

[Docket No. 52]

Pending before the Court is Defendant Wyatt Peterson's motion to issue correction of Judge's order. Docket No. 52; *see also* Docket No. 46. The Court has already granted the relief Defendant seeks. *See* Docket No. 51. Accordingly, Defendant's motion, Docket No. 52, is **DENIED** as moot.

IT IS SO ORDERED.

Dated: March 2, 2022

_____

Nancy J. Koppe
United States Magistrate Judge

1