# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

SANDRA TOCCI,

    Plaintiff,

v.

CORECIVIC, INC., et al.,

    Defendants.

Case No.: 2:21-cv-01302-GMN-NJK

**ORDER**

[Docket No. 58]

Pending before the Court is Defendant Wyatt Peterson's motion to be provided with filed documents. Docket No. 58. This matter is properly resolved without a hearing. *See* LR 78-1.

An inmate or detainee has no constitutional right to free photocopying. *Johnson v. Moore*, 948 F.2d 517, 521 (9th Cir. 1991). The Court cannot provide free copies to indigent plaintiffs proceeding *in forma pauperis*, because the *in forma pauperis* statute does not authorize the Court to pay the costs for an indigent litigant's copy requests. 28 U.S.C. § 1915. If Defendant seeks copies of documents, he must submit a "Copy and Service Request" form to the Clerk of the Court and pay the appropriate fees.[1]

In this case, the Court previously provided Defendant with some filings as a one-time courtesy. *See* Docket No. 46. Now, Defendant seeks free copies from the Court of all documents filed since the issuance of that order, including those filed by other parties in the case. Docket No. 58 at 2, 5. Defendant also seeks an order that provides him free copies of all future filings for the duration of this litigation. *Id.* at 5. Defendant has not shown that he is entitled to such an order. All filings in this case have been mailed to Defendant at the time they were filed. *See, e.g.*, Docket Nos. 47, 50, 51, 53, 60, 61(notices of electronic filing showing service by mail). If Defendant did not receive copies of any of the filings, that is an issue for him to address with the facility at which

---

[1] Copies produced from an electronic format (CM/ECF) are $0.10 per page; copies produced from a physical format are $0.50 per page.

1

he is detained.[2] The Court cannot act as a free photocopier for every detainee and, instead, detainees must take steps to obtain copies and maintain copies of their own filings.

Accordingly, Defendant's motion to be provided with documents is **DENIED**. Docket No. 58. The Court **INSTRUCTS** the Clerk's Office to mail Defendant the "Copy and Service Request" form.

IT IS SO ORDERED.

Dated: April 22, 2022

_____
Nancy J. Koppe
United States Magistrate Judge

---

[2] Defendant submits that he is unable to access PACER at the facility he is detained at and so he has been unable to view the other parties' filings. Docket No. 58 at 2. Defendant is a non-filer, and as such, the other parties in this action are already required to serve their filings on him in paper form and through conventional means in accordance with "applicable Federal Rules, statutes, or court orders." *See* LR IC 4-1(b), (c)(6).

2