# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

SANDRA TOCCI,

    Plaintiff,

v.

CORECIVIC, INC., et al.,

    Defendants.

Case No.: 2:21-cv-01302-GMN-NJK

**ORDER**

On April 22, 2022, the Court ordered Plaintiff and Defendant Wyatt Peterson to file a joint proposed discovery plan no later than May 6, 2022. *See* Docket No. 64 at 2 n.2. To date, the parties have neither complied with that order nor sought an extension of the deadline. *See* Docket. The Court **ORDERS** Plaintiff and Defendant Peterson to file a joint proposed discovery plan no later than May 13, 2022. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN SANCTIONS.**

IT IS SO ORDERED.

Dated: May 9, 2022

_____
Nancy J. Koppe
United States Magistrate Judge